ROBERT E. SCHUMACHER, ESQ.
Nevada Bar No. 7504
**GORDON REES SCULLY MANSUKHANI, LLP**
300 South 4th Street, Suite 1550
Las Vegas, Nevada 89101
Telephone: (702) 577-9300
Direct Line: (702) 577-9319
Facsimile: (702) 255-2858
E-Mail: rschumacher@grsm.com

BENJAMIN W. HULSE, ESQ. (*Pro Hac Vice Pending*)
SIMON J. GOTTLIEB, ESQ. (*Pro Hac Vice Pending*)
**NORTON ROSE FULBRIGHT U.S. L.L.P.**
60 South Sixth Street, Suite 3100
Minneapolis, MN 55402
Phone: (612) 321-2800
E-Mail: ben.hulse@nortonrosefulbright.com
simon.gottlieb@nortonrosefulbright.com

***Attorneys for Defendants,***
***3M COMPANY AND ARIZANT HEALTHCARE, INC.***



**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOANN CIOLINO-TERZOLI,<br><br>Plaintiffs,<br><br>vs.<br><br>3M COMPANY AND ARIZANT HEALTHCARE, INC.,<br><br>Defendants. | CASE NO. 2:24-cv-00669-RFB-BNW<br><br>**SUPPLEMENTAL CERTIFICATE OF INTERESTED PARTIES**<br>(3M Company) |

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1-1, 3M COMPANY ("3M"), by and through its attorneys, Robert E. Schumacher, Esq., of the law firm of Gordon Rees Scully Mansukhani LLP, and Benjamin W. Hulse, Esq. and Simon J. Gottlieb, Esq. of the law firm of Norton Rose Fulbright US LLP hereby discloses that 3M has no parent corporation and there is no publicly held corporation that holds 10% or more of its stock.

Gordon Rees Scully Mansukhani, LLP
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101

3M is organized under the laws of Delaware, with its principal place of business in Minnesota.

These representations are made to enable judges of the court to evaluate possible disqualification or recusal.

Dated this 23rd day of April 2024.

**GORDON REES SCULLY MANSUKHANI, LLP**

*/s/ Robert E. Schumacher*
ROBERT E. SCHUMACHER, ESQ.
Nevada Bar No. 7504
300 South 4th Street, Suite 1550
Las Vegas, Nevada 89101

BENJAMIN W. HULSE, ESQ.
(*Pro Hac Vice Pending*)
SIMON J. GOTTLIEB, ESQ.
(*Pro Hac Vice Pending*)
**NORTON ROSE FULBRIGHT U.S. L.L.P.**
60 South Sixth Street, Suite 3100
Minneapolis, MN 55402

***Attorneys for Defendants, 3M Company and Arizant Healthcare, Inc.***