**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

JOANN CIOLINO-TERZOLI,

        Plaintiff,

    vs.

3M COMPANY, et al.,

        Defendants.

Case No.: 2:24-cv-00669-RFB-BNW

**ORDER GRANTING FIRST MOTION FOR EXTENSION OF TIME TO FILE JOINT PRE-TRIAL ORDER**

This matter having come before the Court on Plaintiff's Unopposed First Motion for Extension of Time to File Joint Pretrial Order (ECF No. 58), and the Court having reviewed the Motion and any opposition thereto, and finding good cause to grant the relief requested,

IT IS HEREBY ORDERED that Plaintiff's Unopposed First Motion for Extension of Time to File the Joint Pretrial Order (ECF No. 58) is **GRANTED**.

IT IS FURTHER ORDERED that the deadline for the Parties to file the Joint Pretrial Order is extended from April 20, 2026 to June 18, 2026.

IT IS FURTHER ORDERED that all other deadlines and requirements set forth in the Court's Order Regarding Trial (ECF No. 56) shall remain in effect.

    Dated: April 15, 2026.

_____
RICHARD F. BOULWARE, II
United States District Judge

1

Order Granting First Motion for Extension to File Joint Pre-Trial Order