Chad R. Fears, Esq. (SBN 6970)
Jay J. Schuttert, Esq. (SBN 8656)
Jeffrey F. Barr, Esq. (SBN 7269)
**EVANS FEARS SCHUTTERT MCNULTY MICKUS**
6720 Via Austi Parkway, Suite 300
Las Vegas, Nevada 89119
Telephone: 702-805-0290
Facsimile: 702-805-0291
cfears@efsmmlaw.com
jschuttert@efsmmlaw.com
jbarr@efsmmlaw.com

Benjamin W. Hulse, Esq. (*Admitted Pro Hac Vice*)
Simon J. Gottlieb, Esq. (*Admitted Pro Hac Vice*)
Gabriel Ramirez-Hernandez, Esq. (*Admitted Pro Hac Vice*)
**NORTON ROSE FULBRIGHT US LLP.**
60 South Sixth Street, Suite 3100
Minneapolis, Minnesota 55402
Telephone: (612) 321-2800
ben.hulse@nortonrosefulbright.com
simon.gottlieb@nortonrosefulbright.com
gabriel.ramirezhernandez@nortonrosefulbright.com

*Attorneys for Defendants*
*3M Company and Arizant Healthcare Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JOANN CIOLINO-TERZOLI, | **CASE NO.: 2:24-cv-00669-RFB-BNW** |
| Plaintiff, | **JOINT STIPULATION OF** |
| v. | **DISMISSAL WITH PREJUDICE** |
| 3M COMPANY and ARIZANT HEALTHCARE, INC., | |
| Defendants. | |

/ / /

/ / /

/ / /

/ / /

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), LR IA 6-2, and LR 7-1 that the above-captioned case be dismissed with prejudice, each party to bear its own fees and costs.

IT IS SO STIPULATED.

Dated: June 15, 2026

*/s/ Jeffrey F. Barr, Esq.*
Chad Fears, Esq. (SBN 6970)
Jay Schuttert, Esq. (SBN 8656)
Jeffrey F. Barr, Esq. (SBN 7269)
**EVANS FEARS SCHUTTERT MCNULTY MICKUS**
6720 Via Austi Parkway, Suite 300
Las Vegas, NV 89119

Benjamin W. Hulse, Esq. *(Pro Hac Vice)*
Simon J. Gottlieb, Esq. *(Pro Hac Vice)*
Gabriel Ramirez-Hernandez, Esq. *(Pro Hac Vice)*
**NORTON ROSE FULBRIGHT US LLP**
60 South Sixth Street
Suite 3100
Minneapolis, MN 55402

*Attorneys for Defendants*
*3M Company and Arizant Healthcare Inc.*

*/s/ Clifford H. Walston, Esq.*
Clifford H. Walston, Esq. *(Pro Hac Vice)*
**WALSTON, PC**
1334 Brittmoore Rd.
Suite 1603
Houston, TX 77043
cliff@walstonlegal.com

Lewis Gazda, Esq. (SBN 4269)
**GAZDA & TADAYON**
2600 South Rainbow Blvd.
Suite 200
Las Vegas, Nevada 89146
lewisjgazda@gmail.com

*Attorneys for Plaintiff*

## ORDER

Before the Court is the Parties' Joint Stipulation of Dismissal with Prejudice (ECF No. 62). Good cause being found, **IT IS HEREBY ORDERED** the Stipulation is **GRANTED**. **IT IS FURTHER ORDERED** this case is **DISMISSED** with prejudice, with each party bearing its own fees and costs. The Clerk of Court is kindly instructed to update the docket accordingly and close this case.

**DATED**: June 16, 2026.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE,** was served on counsel of record on this 15th day of June, 2026, using the Court's CM/ECF System.

*/s/ Kaitlyn Kalloo*
An Employee of Evans Fears Schuttert McNulty Mickus